# EXHIBIT A



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## NASER FOODS

### MAILING ADDRESS:

Naser Foods
4971 State Route 66
Apollo, PA 15613

### PHONE NUMBER:



IMAGE:
BeefChuckSteakBnlsGrlMrk002_ADL

COPYRIGHT REGISTRATION NUMBER:
VA0002025765



Contact: licensing@adlife.com

July 12, 2019



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## NASER FOODS

**MAILING ADDRESS:**

Naser Foods
4971 State Route 66
Apollo, PA 15613

**PHONE NUMBER:**



**IMAGE:**
AssortedPlums001_ADL

**COPYRIGHT REGISTRATION NUMBER:**
VA0002044966



Contact: licensing@adlife.com

August 02, 2019



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## NASER FOODS

**MAILING ADDRESS:**

Naser Foods
4971 State Route 66
Apollo, PA 15613

**PHONE NUMBER:**



**IMAGE:**
AssortedPlums001_ADL

**COPYRIGHT REGISTRATION NUMBER:**
VA0002044966

