UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC.<br><br>      Plaintiff,<br><br>  v.<br><br>NASER FOODS<br><br>      Defendant. | **NOTICE OF DISMISSAL OF CIVIL ACTION WITHOUT PREJUDICE (FRCP 41(a)(1)(A)(i))**<br><br>**Case No.: 2:20-cv-53** |

  IT IS HEREBY NOTICED that the above case should be dismissed without prejudice.

/s/Richard Liebowitz
Richard P. Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: March 13, 2020

*Attorneys for Plaintiff Adlife Marketing & Communications Company, Inc.*